IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | |
| v. | Case No. 22-cr-338-SEH-7 |
| BRANDON ROBERSON, | |
| Defendant. | |

## OPINION AND ORDER

Before the Court is an Unopposed Motion to Extend Time to File Notice of Intent to Appeal filed by Defendant Brandon Roberson. [ECF No. 345]. For the reasons set forth below, the Motion is GRANTED.

The Motion falls under the Fed. R. App. P. 4(b)(4). This permits the Court to extend the time to file a Notice of Intent to Appeal for up to 30 days upon a finding of good cause or excusable neglect. In this case, Defendant was moved to a different facility before the 14-day time limit for the defendant to file a Waiver of Appeal or a Notice of Intent to Appeal. [ECF No. 345 at 2]. As of the filing of Defendant's motion, Defendant was not in the new facility system; so, his counsel could not schedule a visit with him to discuss his appellate options. [*Id*. at 1–2].

Finding good cause to be shown by counsel for the Defendant, the Notice of Intent to Appeal or Waiver of Appeal shall be filed with this court as soon as possible, but an additional 30 days from October 14, 2024 shall be granted.

DATED this 11th day of October, 2024.

*Sara Hill*

Sara E. Hill
UNITED STATES DISTRICT JUDGE